William P. Donovan, Jr. (SBN 155881)
**McDERMOTT WILL & EMERY LLP**
wdonovan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone:   +1 310 788 4110
Facsimile:   +1 310 277 4730

Joshua B. Simon (admitted *pro hac vice*)
jsimon@mwe.com
Warren Haskel (admitted *pro hac vice*)
whaskel@mwe.com
Richard Diggs (admitted *pro hac vice*)
rdiggs@mwe.com
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Attorneys for Defendants Cigna Health and Life Insurance Company, Disney Signature Benefits Plan, Investment and Administrative Committee of the Walt Disney Company Sponsored Qualified Benefit Plans*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DEIGHTON, on his own behalf and on behalf of his beneficiary son, C.D., and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY; DISNEY SIGNATURE BENEFITS PLAN; INVESTMENT AND ADMINISTRATIVE COMMITTEE OF THE WALT DISNEY COMPANY SPONSORED QUALIFIED BENEFIT PLANS,<br><br>Defendants. | CASE NO. 2:23-cv-06988-DMG-PVCx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL  [33]**<br><br>Judge:   Hon. Dolly M. Gee<br>Dept:    8C |

# ORDER

The Court, having reviewed the Parties' Stipulation of Dismissal, and good cause appearing, **ORDERS** as follows:

1. All of Plaintiff Joshua Deighton's individual claims in this action are dismissed with prejudice.
2. Any remaining class claims are dismissed without prejudice.
3. The dismissal of the claims in this action are without costs or fees assessed to any party in this action.

**IT IS SO ORDERED.**

Dated: January 19, 2024

By: *Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE